Court of Criminal Appeals No.'s: WR-81,493-01 ; WR-81,493-02 ; 81,493-06
WR-81,493-03 ; WR-81,493-04 ; WR-81,493-05.

Court of Appeals No.'s: 10-10-00405-CR ; 10-10-00406-CR ;
10-10-00407-CR ; 10-10-00408-CR ; 10-10-00409-CR.

Trial Court No.'s: 09-02131-CRF-272 ; 09-02132-CRF-272 ;
09-02133-CRF-272 ; 09-02134-CRF-272 ; 09-02135-CRF-272.

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE |
| | § | |
| V. | § | TEXAS COURT OF |
| | § | |
| JUSTIN TYLER DAVIS | § | CRIMINAL APPEALS |

# WRIT OF MANDAMUS

Comes now, Justin Tyler Davis, who petitions this Honorable Court in a respectful request that it issue an order to the Trial Court, in which the said order hold the Trial Court to preform the judicial duties that are lawfully required of it without violating any Statutes, Guidelines, Rules, Requirements, or Amendments of The State of Texas or The United States of America.

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 08 2015
Abel Acosta, Clerk

①

In support of this request the facts outlined below are presented to this Court...

A.) The 272nd District Court of Brazos County Texas issued an order on March 10th, 2014 in accordance with the Texas Code of Criminal Procedure, Article 38.45.

B.) The Texas Code of Criminal Procedure, Article 38.45 gives the Court the authority to seal specific materials in certain types of cases which are specifically outlined as follows:

- C.C.P. - Art. 38.45   Evidence Depicting or Describing Abuse of or Sexual Conduct by a Child or Minor.

(a.) During the course of a criminal hearing or proceeding, the Court may not make available or allow to be made available for copying or dissemination to the public property or material:

(1.) that constitutes child pornography, as described by Section 43.26 (a) (1), Penal Code;

(2.) the promotion or possession of which is prohibited under Section 43.261, Penal Code; or

(3.) that is described by Section 2 or 5, Article 38.071 of this code.

(b.) The Court shall place property or material described by subsection (a) under Seal of the Court on conclusion of the criminal hearing or proceeding.

(c.) The Attorneys shall be provided access to the sealed materials in accordance with C.C.P., Art. 39.14...

(d) The Court making the sealing order may lift the seal...

C.)

The March 10th, 2014 sealing order of the Trial Court exceeded the authority of C.C.P., Art. 38.45 because the Order included items to be sealed that do not meet the criteria described in Art. 38.45 C.C.P. as sealable materials. The Trial Court issued an overbroad sealing of many items that is unjustified.

②

D.) The Court rightfully sealed <u>only</u> the following material:
- States Exhibit 27
- States Exhibits 65 - 98
- States Exhibit 53
- Reporters Record Volumes 13, 14, 15

E.) The numerous materials that the Trial Court unjustly sealed are listed as follows:
- States Exhibit 28 - non-illegal scene photo.
- States Exhibit 30 - non-illegal gymnastics photos.
- States Exhibit 31 A-T - non illegal photos of child models.
- States Exhibits 108-130 - non-illegal photos of girl who was not the victim of the charged offense.
- States Exhibits P82 - P90 - non-illegal photos of adult girl who was not the victim of the charged offense.
- States Exhibits P114 - P128 - non-illegal, non-victim photos.
- States Exhibits 49 A-K - cd. disks containing only legal videos and photos - no illegal content.
- States Exhibit 107a - cd. disk of non-illegal extraneous content.
- States Exhibit 109 - cd. disk of non-illegal extraneous content.
- States Exhibit 131 - cd. disk of legal age girl who is not the victim of the charged offense.
- States Exhibit P101 - P112 - c.d. disks of extraneous evidence that was not a charged criminal offense, and in which the people depicted are not the victim of offense.
- States Exhibits 55 - 56 - "ZT" desktop computer, and "Winbook" laptop computer which contained NOTHING of evidentary value.

F.) For the ACTUAL PROOF that the items listed above are not illegal, and therefor not subject to being sealed, refer to the portions of the Reporters Record in which the police and District Attorney themselves ADMIT the non-illegal nature of the items. For further proof, simply examine the evidence listed above. Reporters Record quotes are as follows:

③

- 3 RR 26, Ln. 10-19 - The D.A. himself admits that there is "nothing illegal about the photos".
- 2 RR 72, Ln. 22
  THROUGH
  2 RR 73, Ln. 9 - The arresting Police Officer admits that the extraneous photos are not illegal.
- 2 RR 74, Ln. 11-15 - Officer admits photos are not illegal.
- 4 RR 123, Ln. 9-13 - Officer explains that the extraneous photos are non-illegal gymnastics photos.
- 4 RR 135, Ln. 9-15 - Officer explains that the extraneous photos are non-illegal gymnastics photos.
- 5 RR 97, Ln. 8-17 - The STATES OWN Expert explains that the "2T" and "Winbook" computers did NOT contain ANY illegal content.
- 9 RR 90-93 - Defense witness demonstrates how the extraneous photos were of a female who is of legal age - not under age.

G.) The wrongful sealing of the many numerous and obviously non-illegal exhibits demonstrates the Trial Courts ill will toward the Petitioner in its attempt to intentionally hinder his post conviction appeals processes. By the Trial Courts sealing of the exhibits it therefor makes it more difficult for the Petitioner to demonstrate (with actual physical examples) the D.A. and Trial Courts outrageously slanderous use of highly prejudicial evidence that obviously prejudiced the jurors against the Petitioner. Had the Trial Court not wrongfully sealed the exhibits it would have made the Petitioners appeal much stronger because the actual physical examples of the exhibits would have shown to the Appeal Courts just how uncalled for the admission of these prejudicial exhibits actually was.

# CONCLUSION

The Petitioner requests that this Honorable Court issue an Order to the Trial Court that it un-seal all of the non-illegal, non-sealable materials listed in subsection "E" of this writ, and that it make available the said materials to Justin Davis so that he may prepare his future post conviction appeals in a more detailed and more convincing form.

# PRAYER

The Petitioner Prays that this Honorable Court will investigate his claim to confirm its validity, recognize its merit, and grant this writ.

# SWORN DECLARATION

As the Petitioner of this writ, I Justin Tyler Davis, hereby swear under penalty of perjury, that all facts and information contained herein are true and correct.

*Justin Davis*

Justin Davis #1664682
Telford Unit
3899 State Hwy. 98
New Boston, Tx. 75570